**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| V. § | **CASE NO. 6:07cr98(06)** |
| § | |
| **SALVADOR CAMACHO URENA** § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

By order, the undersigned referred this matter to the Honorable John D. Love, United States Magistrate Judge, at Tyler, Texas, for administration of a guilty plea under Rules 11 and 32 of the Federal Rules of Criminal Procedure. Judge Love conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and the Honorable John D. Love issued his *Report and Recommendation of the United States Magistrate Judge* [Clerk's doc. #474]. The Magistrate Judge recommended that the Court accept Defendant's guilty plea. He further recommended that the undersigned finally adjudge Defendant as guilty to **Count One of the Information** filed against Defendant in this cause.

The parties have not objected to the magistrate judge's findings. The Court is of the opinion that the *Report and Recommendation* should be accepted. It is accordingly **ORDERED** that the *Report and Recommendation* [Clerk's doc. #474] of the United States Magistrate Judge are **ADOPTED.** Defendant's guilty plea are conditionally **ACCEPTED** by the Court at this time.

It is further **ORDERED** that, in accordance with Defendant's guilty plea and the magistrate judge's findings and recommendation, Defendant, Salvador Camacho Urena, is hereby adjudged as **GUILTY** to **Count One** of the **Information**, conditioned upon the Court's final acceptance of the guilty plea at sentencing.

**SIGNED this 10th day of June, 2008.**

*Michael Schneider*
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE